ILVA LAMIERE E TUBI S.R.L. and ILVA S.P.A., PLAINTIFFS, v. UNITED STATES, DEFENDANT, and BETHLEHEM STEEL CORPORATION and UNITED STATES STEEL CORPORATION, DEFENDANT-INTERVENORS.

Court No. 00–00127

## *JUDGMENT ORDER*

GOLDBERG, Senior Judge: Upon consideration of the Department of Commerce's *Final Results of Redetermination Pursuant to Court Remand* ("Redetermination Results") filed pursuant to the Court's decision in *ILVA Lamiere e Tubi S.r.l. and ILVA S.p.A. v. United States*, Slip Op. 03–97 (July 29, 2003), and all other papers filed herein, and no parties having filed comments regarding the Redetermination Results, it is hereby

ORDERED that the Redetermination Results are sustained in all respects.

SO ORDERED.